USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DASHAWN WALTERS,

               Petitioner,

       -against-

UNITED STATES OF AMERICA,

              Respondent,

------------------------------------------------------------X

**ORDER**

18 CV 9793  (RMB)
16 CR 339    (RMB)

     The Court respectfully directs Mr. Louis V. Fasulo to file a response to

Petitioner's 28 U.S.C. § 2255 habeas petition, dated August 30, 2018, on or before February 28,

2020.

Dated: New York, New York
       February 10, 2020



    **RICHARD M. BERMAN, U.S.D.J.**

**Copies Mailed By Chambers**